IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| A.E. SANTOS and A.E. SANTOS, L.C. § | | |
|     Plaintiffs, § | | |
| § | | |
| VS. § | | CIVIL ACTION NO. 5:19-cv-00083 |
| § | | |
| GREAT AMERICAN INSURANCE § | | |
| COMPANY and RON HENDERSON § | | |
|     Defendants. § | | |

**DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE JUDGE OF THIS COURT:

GREAT AMERICAN INSURANCE COMPANY (hereinafter "Great American"), one of the Defendants in the above styled and numbered cause, files this, its Notice of Removal, and would show the Court as follows:

1. Great American has been sued in a civil action styled Cause No. 2019CVH000923D4; *A.E. Santos and A.E. Santos, L.C. v. Great American Insurance Company, Ron Henderson, Engle Martin & Associates, LLC, Thomas Koralesk and Andrew Skellie*; in the 406th District Court in Webb County, Texas (hereafter referred to as "the state court action"). The original petition in the state court action was filed May 16, 2019. On May 23, 2019, Great American received citation and a copy of the petition, and it was determined that diversity jurisdiction was proper, pursuant to 28 U.S.C. §1332.[1]

2. Great American files this notice of removal pursuant to the provisions of 28 U.S.C. §1441, *et. seq.*, to remove this action from the 406th District Court of Webb County, Texas to the

---

[1] Although Plaintiffs have also sued Engle Martin & Associates, LLC, Thomas Koralesk and Andrew Skellie, Plaintiffs nonsuited these Defendants on May 29, 2019 (see copy attached as Exhibit "E").

United States District Court for the Southern District of Texas, Laredo Division.

3. Plaintiffs, in their original petition, alleges that Defendant Great American wrongfully denied or delayed payment for claims for wind/hail damage to the structure insured by Great American, thereby breaching the policy of insurance issued by Great American to Plaintiff. Plaintiff also alleges that Defendant Great American violated Chapters 541 and 542 of the Texas Insurance Code. Plaintiff further alleges that Great American's actions in investigating and delaying or denying Plaintiff's claim for insurance benefits constituted a violation of the common law duty of good faith and fair dealing. Plaintiff has specifically plead that it "seeks monetary relief over $1,000,000."

4. This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. §1332. Plaintiffs, by nature of their citizenship and of their principal place of business, is are citizens of the state of Texas. Defendant, Great American, by nature of its incorporation and of its principal place of business, is a citizen of the state of Ohio. Additionally, Defendant Ron Henderson is not a citizen of the state of Texas.

5. The amount in controversy, as plead by Plaintiffs, is in excess of $75,000, exclusive of interest and costs. *See* Plaintiffs' Original Petition attached hereto as Exhibit "C" at p. 3.

6. Venue is proper in the Laredo Division of the Southern District of Texas because the insured properties are located in Laredo, Webb County, Texas, which is the location where the facts giving rise to this suit took place.

7. In accordance with 28 U.S.C. § 1446(a), the following are attached hereto:

- Exhibit A:   Index of Matters Being Filed;
- Exhibit B:   A copy of the Citation as to Great American Insurance Company;
- Exhibit C:   Plaintiffs' Original Petition;

- Exhibit D:   Defendants Great American Insurance Company and Ron Henderson's Original Answer;

- Exhibit E:   The state court's Docket Sheet;

- Exhibit F:   List of all Parties and Counsel of record;

- Exhibit G:   Defendant Great American Insurance Company's Consent to Removal of Case to Federal Court;

- Exhibit H:   Defendant Ron Henderson's Consent to Removal of Case to Federal Court; and

- Exhibit I:   Plaintiffs' Notice of Nonsuit Without Prejudice as to Defendants Engle Martin & Associates, LLC, Thomas Koralesk and Andrew Skellie filed May 29, 2019.

8.  The citation and petition in this action were served on Great American on May 23, 2019 by serving its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.  This notice of removal is filed within 30 days of receipt of the petition and is timely filed under 28 U.S.C. § 1446(b).  Furthermore, this notice of removal is being filed within one-year of the date this action commenced.

9.  In accordance with 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be promptly served upon all adverse parties, and a copy of this notice of removal promptly will be filed with the Clerk of the District Court of Webb County, Texas.

Defendant Great American Insurance Company respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action and place this action on the docket of this Court for further proceedings as though the action originally had been instituted in this Court.

Respectfully submitted,

By: _/s/ J. Chad Gauntt_____
      J. Chad Gauntt
      State Bar No. 07765990
      Southern District Federal ID: 14135
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone: 281-367-6555
Facsimile: 281-367-3705
Email: chad_gauntt@gkbklaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

      This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on June 14, 2019, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically.

Wayne D. Collins (SBN: 0096384)
Robert D. Green (SBN: 08368025)
Daniel P. Barton (SBN: 00789774)
Green & Barton
1201 Shepherd Drive
Houston, TX  77007
Telephone:	713-227-4747
Facsimile:	713-621-5900
Email:		wcollins@bartonlawgroup.com
		green@greentriallaw.com
		dbarton@bartonlawgroup.com
*Attorney for Plaintiffs*

                                        _/s/ J. Chad Gauntt_____
                                             J. Chad Gauntt