# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| A.E. SANTOS and A.E. SANTOS, L.C., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:19-CV-83 |
| § | |
| GREAT AMERICAN INSURANCE § | |
| CO., *et al.*, § | |
| § | |
| Defendants. § | |

## ADVISORY

Before the Court is the parties' Agreed Stipulation of Dismissal of Lawsuit with Prejudice. (Dkt. No. 96). The stipulation of dismissal states that Plaintiffs are dismissing all their claims against all Defendants, and the parties have agreed to the dismissal of the suit in its entirety with prejudice. (*Id.*). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. *See* Fed. R. Civ. P. 41(a). None of these exceptions are applicable to this case.

Because the stipulation is signed by all parties who have appeared in this case, all of Plaintiffs' claims were dismissed with prejudice "automatically" upon the filing of the Stipulation of Dismissal. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin. V. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018)).

The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

**SIGNED** on January 21, 2022.

John A. Kazen
United States Magistrate Judge